UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -against-

ANTHONY ALLEN, et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 21 Crim. 603

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Anthony Allen in the above-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       October 12, 2021

Respectfully Submitted,

By: _____
    Michael M. Rosensaft

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
Phone: +1.212.940.8800
Fax:    +1.212.940.8776
Email: michael.rosensaft@katten.com

*Attorneys for Defendant Anthony Allen*