Case 1:21-cr-00603-VEC   Document 167   Filed 12/06/21   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-                              21-CR-603 (VEC)

                                        ORDER

ANTHONY ALLEN,
                       Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 6, 2021, Pre-trial Services informed the Court that Mr. Allen was arrested on November 28, 2021.

      IT IS HEREBY ORDERED that the parties must appear **in person** for a hearing on whether the conditions of pre-trial release should be modified on **Monday, January 10, 2022 at 10:00 A.M.** The hearing will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, all unvaccinated persons traveling to New York from out-of-state must comply with the SDNY travel protocol, available at

https://www.nysd.uscourts.gov/sites/default/files/2021-09/Entry%20Protocol%20for%20Travelers%209.24.21.pdf.

      IT IS FURTHER ORDERED that the Pretrial Services in the Western District of Tennessee are directed to notify the Court immediately if the Defendant has any unexcused absences from the scheduled anger management sessions;

IT IS FURTHER ORDERED that Pre-trial Services must submit a further update to the Court on the status of Mr. Allen's compliance with his pre-trial release conditions, any developments in the case before the Collierville City Court, and any recommendations for modifications to Mr. Allen's bail conditions by no later than **Thursday, January 6, 2022**.

**SO ORDERED.**

Date:  December 6, 2021
       New York, NY

                                        **VALERIE CAPRONI**
                                        **United States District Judge**