USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
          -against- : 21-CR-603 (VEC)
:
: <u>ORDER</u>
ANTHONY ALLEN, :
                         Defendant. :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS a hearing on whether the conditions of Mr. Allen's pre-trial release should be modified is scheduled for Tuesday, January 18, 2022 at 2:30 P.M., Dkt. 178; and

      WHEREAS New York City is experiencing a spike in COVID-19 cases due to the Omicron variant.

      IT IS HEREBY ORDERED that the hearing is adjourned to **Thursday, February 3, 2022 at 11:00 A.M.** The Court reminds Defense counsel that an update is due no later than **January 13, 2022**. *See* Endorsement, Dkt. 178. The February 3, 2022 hearing will take place **in person** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, all unvaccinated persons traveling to New York from out-of-state must comply with the SDNY travel protocol, available at https://www.nysd.uscourts.gov/sites/default/files/2021-09/Entry%20Protocol%20for%20Travelers%209.24.21.pdf.

**SO ORDERED.**

**Date: January 11, 2022**
     **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**