```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022
```



**Katten**

50 Rockefeller Plaza New York, NY 10020-1605
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.6631 direct
+1.212.940.8776 fax

**MEMO ENDORSED**

May 25, 2022

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Anthony Allen*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

We represent Anthony Allen in the above-referenced case. We write to respectfully request a temporary modification of Mr. Allen's bail conditions to allow him to travel to Chicago and to Dallas during the first two weeks of June. Mr. Allen makes this request to travel for business reasons, specifically to (1) allow him to attend meetings and otherwise address zoning issues affecting a commercial property that he owns in Chicago, Illinois; and (2) address business and maintenance issues concerning commercial vehicles that he owns in Dallas, Texas.

Mr. Allen's travel is currently restricted to the District of Tennessee, the Southern and Eastern Districts of New York, and the Central District of California.

We have contacted the government and pretrial services, neither of whom have objections to this request subject to Mr. Allen submitting the details of his travel plans to pretrial services 48 hours in advance. Thank you for the Court's consideration of this request.

Application GRANTED.

Mr. Allen must provide his itinerary to Pretrial Services at least 48 hours in advance.

SO ORDERED.

*[signature]*
Date: May 25, 2022
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

    /s/ Scott A. Resnik
Scott A. Resnik
Michael M. Rosensaft
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: +1.212.940.8800

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP