**Katten**

50 Rockefeller Plaza
New York, NY 10022-1605
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.6631 direct
+1.212.940.8776 fax

June 29, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/22

**VIA ECF**

**MEMO ENDORSED**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *United States v. Anthony Allen*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

We represent Anthony Allen in the above-referenced case. We write to respectfully request a temporary modification of Mr. Allen's bail conditions to allow him to travel to Miami, Florida, from July 12, 2022 through and including July 26, 2022. The reason for this trip is to celebrate his 9-year wedding anniversary with his wife, Defendant Desiree Allen. The Court previously granted Ms. Allen's application to travel to Miami for the same dates and purpose.

We have contacted the government and pretrial services, neither of whom have objections to this request subject to Mr. Allen submitting the details of his travel plans to pretrial services 48 hours in advance.

Respectfully Submitted,

/s/ Scott A. Resnik
Scott A. Resnik
Michael M. Rosensaft
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10022-1605
Phone: +1.212.940.8800

Application GRANTED.

SO ORDERED.

*[signature]* 06/29/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY   CHARLOTTE   CHICAGO   DALLAS   HOUSTON   LOS ANGELES
NEW YORK   ORANGE COUNTY   SHANGHAI   WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP