# Katten

**50 Rockefeller Plaza**
**New York, NY  10022-1605**
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.6631 direct
+1.212.940.8776 fax

August 30, 2022

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Anthony Allen*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

We represent Anthony Allen in the above-referenced case. We write to respectfully request a temporary modification of Mr. Allen's bail conditions to allow him to travel to Denver, Colorado from September 10, 2022 through and including September 14, 2022. The reason for the travel request is to enable Mr. Allen to accept a work opportunity that he has been offered in Denver that would last from Sept 11 to Sept 13.

We have contacted the government and pretrial services, neither of whom have objections to this request subject to Mr. Allen submitting the details of his travel plans to pretrial services 48 hours in advance.

Respectfully Submitted,

   /s/ Scott A. Resnik
Scott A. Resnik
Michael M. Rosensaft
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10022-1605
Phone: +1.212.940.8800

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    HOUSTON    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP