USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
      -against-       :       21-CR-603 (VEC)
:
:       ORDER
ANTHONY ALLEN and DESIREE ALLEN, :
                          Defendants. :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 28, 2023, the parties requested that the Court schedule change of plea hearings for Defendants Anthony Allen and Desiree Allen.

      IT IS HEREBY ORDERED that the change of plea hearings for both Mr. Allen and Mrs. Allen will be held on **Wednesday, April 5, 2023, at 1:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  March 28, 2023**
       **New York, NY**
                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**