USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA         :

               -against-                 :         21-CR-603 (VEC)

                                      :         <u>ORDER</u>

    ANTHONY ALLEN and DESIREE ALLEN,  :
                         Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Allen and Mrs. Allen are currently scheduled to appear before the Undersigned for change of plea hearings on **Wednesday, April 5, 2023, at 1:30 P.M.**; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that the change of plea hearings for Mr. Allen and Mrs. Allen are referred to Magistrate Judge Court.  The change of plea hearings scheduled on Wednesday, April 5, 2023, at 1:30 P.M. before the Undersigned are CANCELLED.

**SO ORDERED.**

**Date:  April 3, 2023**
      **New York, NY**                                      **VALERIE CAPRONI
                                                     United States District Judge**