```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA                     :
                                                 :
        -against-                                :    21-CR-603 (VEC)
                                                 :
    Anthony Allen,                               :    ORDER
                                                 :
                            Defendant.           :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2023

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 5, 2023, the parties appeared before Magistrate Judge Moses for a change of plea hearing, at which Mr. Allen entered a plea of guilty to Count 1 of the Superseding Indictment (S7).

IT IS HEREBY ORDERED that, after considering the facts as allocuted by the Defendant, the Court finds that there was an adequate factual basis for Mr. Allen's guilty plea to Count 1. The Court further finds that Mr. Allen understood the rights he was giving up and waived those rights knowingly and voluntarily. The Court finds that Mr. Allen understood the consequences of his plea, including the potential sentences that may be imposed. Because the Court finds that the Defendant's guilty plea to Count 1 was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crime charged, the Court now accepts his guilty plea.

IT IS FURTHER ORDERED that Mr. Allen will be sentenced on **Tuesday, August 8, 2023, at 11:00 A.M.** Pre-sentencing submissions are due no later than **July 25, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: April 10, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**