**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2023

**Katten**

50 Rockefeller Plaza
New York, NY  10022-1605
+1.212.940.8800 tel
katten.com

SCOTT A. RESNIK
scott.resnik@katten.com
+1.212.940.6631 direct
+1.212.940.8776 fax

October 31, 2023

**VIA ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Anthony Allen*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

We represent Mr. Anthony Allen in the above-referenced case.  We write to respectfully request the return of his passport.

Mr. Allen was sentenced on August 8, 2023, to a non-custodial sentence without travel restrictions. He now has an employment opportunity that would require him to travel to China for approximately two weeks in November.  Mr. Allen discussed this work opportunity with his probation officer who had no objection to Mr. Allen traveling to China.  The probation officer suggested to Mr. Allen that he make this application to request the return of his passport.

Accordingly, we respectfully request that the Court order the return of Mr. Allen's passport either by mail or, if it can be arranged, in person.  We appreciate the Court's consideration.

Respectfully Submitted,

  /s/ Scott A. Resnik
Scott A. Resnik
Michael M. Rosensaft
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10022-1605
Phone: +1.212.940.8800

---

Application GRANTED.  Mr. Allen must share the details of his itinerary, including flight information and the location where he will be staying, with his Probation officer.
SO ORDERED.

*[Signature: Valerie Caproni]*   10/31/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY    CHARLOTTE    CHICAGO    DALLAS    HOUSTON    LOS ANGELES
NEW YORK    ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP